# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID LEE FRANK, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 16-00362-WS-N |
| ) | |
| NOAH PRICE OLIVER, *Warden*, ) | |
| *Mobile County Metro Jail*, ) | |
|     Respondent. ) | |

## JUDGMENT

In accordance with the Order entered on this date adopting the recommendations of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner David Lee Frank, that this action under 28 U.S.C. § 2254 is **DISMISSED** for lack of jurisdiction, and that Frank is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 3rd day of November, 2016.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**